IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:09-cr-00036-MP-AK

LUIS MANUEL CANCIO-CARMONA,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 29, Motion to Withdraw as Attorney by Darren Johnson. Previously, Attorney Martin J Beguiristain filed a notice of appearance on behalf of Luis Manuel Cancio-Carmona (Doc. 27). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to withdraw (Doc. 29) is granted, Darren Johnson shall be terminated as counsel of record and Martin Beguiristain is substituted as counsel of record.

**DONE AND ORDERED** this _25th_ day of November, 2009

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge